UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Anthony A. Miller

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Richard Behnke, Kevin Garretts, Todd Johnson County of Cass

(Enter above the full name of the defendant or defendants in this action.)

**FILED - GR**
April 19, 2019 2:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc  SCANNED BY: /s/ 4/22/19

**1:19-cv-303**
Gordon J Quist - U.S. District Judge
Ray Kent - Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

   **CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?   Yes ☐   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?   Yes ☐   No ☐

   4. Is the appeal still pending?   Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

      If so, explain: _____

II. **Place of Present Confinement** Cass County Sheriff Dept.

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

   _____

-1-

III Parties

A. Plaintiff

Anthony Allen Miller
321 M62 Hwy North, Cassopolis, MI 49031

B. Defendants

Defendant #1  Richard Behnke
Sheriff
Cass County Sheriff Dept.
321 M62 Hwy North, Cassopolis, MI 49031
Official and Personal

Defendant #2  Kevin Garreitts
Captain
Cass Co. Sheriff Dept.
321 M62 Hwy North, Cassopolis, MI 49031
Official and Personal

Defendant #3  Todd Johnson
Sergeant
Cass Co. Sheriff Dept.
321 M62 Hwy. North, Cassopolis, MI 49031
Official and Personal

Defendant #4  County of Cass
County
60296 M62 Hwy, Cassopolis, MI 49031
Official

# Claim

On 1-25-2019 I was put on Inmate Worker by Sgt. Todd Johnson. On 1-25-19 Sgt. Johnson gave me my Inmate Worker Days (31) by changing my out date in the computer and that system registers it with our phone system so we can get our out dates. On 2-11-19 Sgt. Todd Johnson removed me from my Inmate Worker Assignment which he did without a Hearing. I told him that violated clearly Established law. He told me it was their policy that they could remove me from Inmate Worker at any time, for any reason, without a Hearing. On 2-12-19 I found by checking the phone system that they took my 31 days for Inmate Worker without a Hearing. I requested a grievance and was told the issue is not Grievable. While they may or may not be able to take me off Inmate Worker at Will, they are not allowed to take the 31 Inmate Worker Days I was given at will. Those Days were awarded to me and cannot be taken from me without a Hearings process Which I believe at minimum to be a Major misconduct Hearing or some type of Administrative Hearing were I can have notice of charge, Impartial Hearing examiner, call Witnesses or offer Evidence on my Behalf. I believe once Those days were awarded I have a right to be protected from those days being taken arbitrarily or without reason. Every day on Inmate Worker and the Jail Does not charge me the $20 Room and Board Fee, yet they did not take that from me for the days I was a Inmate Worker. I Filed a Request for Grievance and was told it was not Grievable by Sgt. Smith. See Exhibit A

# Relief

Plaintiff Requests The Following:

Compensatory Damages:

Order Defendants To give plaintiff back 31 days

give Plaintiff Declatory Ruling Ordering Defendants To give Hearings on Removal From Inmate Worker and Any Taking of Inmate Worker Days.

Order plaintiff To be Awarded $46,500

Punitive Damages

Order Defendants To pay plaintiff $100,000

I Declare under penalty of perjury That The Forgoing is True and correct.

Date 4/15/19                    _____
                                              Plaintiff

Anthony A. Miller
321 M62 Hwy North
Cassopolis, MI 49031



United States District Court
c/o Court File Clerk
110 Michigan ST, NW
Grandrapids, MI 49503