UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTHONY A. MILLER,

        Plaintiff,

Case No. 1:19-cv-303

v.

Honorable Gordon J. Quist

RICHARD BEHNKE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 29, 2019

                                                   /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE